IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAY - 5 2006

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| WILLIAM McCRACKEN, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-03-5726 |
| EXXON MOBIL CORP. INC and KELLY SERVICES, INC. Defendant. | § § § § | |

JURY NOTE 2

*We have reached a decision.*

5-5-06
Date

Kim Kieler
FOREPERSON

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATE

LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

> JURY NOTES SHOULD BE USED IN NUMERICAL ORDER.
> JURY NOTES ARE A PERMANENT PART OF THE RECORD.
> JURY NOTES SHOULD BE RETAINED AND GIVEN
> TO THE COURT WITH THE CHARGE AT THE CONCLUSION OF DELIBERATIONS.